Matter of Bergmann (2025 NY Slip Op 01705)

Matter of Bergmann

2025 NY Slip Op 01705

Decided on March 20, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 20, 2025

PM-83-25
[*1]In the Matter of Renee Fawn Bergmann, an Attorney. (Attorney Registration No. 4543294.)

Calendar Date:March 17, 2025 

Before:Garry, P.J., Egan Jr., Clark, Pritzker and Powers, JJ. 

Renee Fawn Bergmann, Westmont, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Renee Fawn Bergmann was admitted to practice by this Court in 2007 and lists a business address in Haddon Township, New Jersey with the Office of Court Administration. Bergmann now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Bergmann's application.
Upon reading Bergmann's affidavit sworn to February 19, 2025 and filed February 28, 2025, and upon reading the March 11, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Bergmann is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Egan Jr., Clark, Pritzker and Powers, JJ., concur.
ORDERED that Renee Fawn Bergmann's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Renee Fawn Bergmann's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Renee Fawn Bergmann is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Bergmann is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Renee Fawn Bergmann shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.